UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Eric Evo            Docket No. 5:19-CR-220-15D

## Petition for Action on Supervised Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eric Evo, who, upon an earlier plea of guilty to Conspiracy to Commit Interstate Transportation of Stolen Goods, 18 U.S.C. § 371, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 4, 2020, to the custody of the Bureau of Prisons for a term of 19 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Eric Evo was released from custody on January 5, 2021, at which time the term of supervised release commenced in the Middle District of Pennsylvania.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As the defendant is doing well on supervision and is approaching eligibility for Low Intensity Supervision, the supervising U.S. Probation Officer in the Middle District of Pennsylvania is requesting to remove the drug treatment condition, so that he may be transferred to the low intensity caseload.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified to remove:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8665<br>Executed On: August 20, 2021 |

Eric Evo
Docket No. 5:19-CR-220-15D
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __20__ day of __August__, 2021, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge